IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| DELFON BLAIR, | Case No. 1:21-cv-788 |
| Plaintiff, | Judge Matthew W. McFarland |
| | Magistrate Judge Karen L. Litkovitz |
| v. | |
| YVETTE BLAIR, et al., | |
| Defendants. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4) AND TERMINATING CASE

This Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz's Report and Recommendation (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Upon review, the Court hereby **ADOPTS** the Report and Recommendation in its entirety and **DISMISSES** the complaint with prejudice. The Court further **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons expressed in the Report, an appeal of this Order adopting the Report would not be taken in good faith, and therefore **DENIES** plaintiffs leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997), *overruled on other grounds, Jones v. Bock*, 549 U.S. 199, 203 (2007). Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999). This action is **TERMINATED** from the Court's docket.

IT IS SO ORDERED.

                                          UNITED STATES DISTRICT COURT
                                          SOUTHERN DISTRICT OF OHIO

                                   By: _____
                                          JUDGE MATTHEW W. McFARLAND